LOKEN, Circuit Judge, concurring:
With regard to the remand of Mark Bitzan's retaliation claims against certain defendants, I question whether placing an inmate in administrative segregation, typically a non-punitive classification, can be actionable retaliation for his recently filing a lawsuit, and Bitzan's claim that defendants prevented him from providing his attorney with legal documents relating to the other lawsuit should be litigated in that lawsuit, not in a separate lawsuit alleging retaliation. However, as defendants only presented the district court with an inaccurate temporal defense to the retaliation claims, I have no choice but to concur in a remand for further proceedings on these claims. I join the court's opinion affirming dismissal of the remaining claims.